

November 12, 2019

**VIA ECF**

**John Ho**
Direct Phone 212-883-4927
Direct Fax 866-202-1728
jho@cozen.com

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/19
```

Re: FLORENCIO GIL AGUILAR V. N&A PRODUCTIONS, INC.,
Case No. 1:19-cv-01703 (RA)

Dear Your Honor:

As a follow up to the Court's October 24, 2019 Order, the parties respectfully request a 30-day extension to file a revised settlement agreement that does not include a release beyond the claims at issue. The additional time is requested as the parties need to get multiple signatures on the revised agreements and scheduling issues associated with doing so.

The parties would like to respectfully notify the Court that they will be entering into a separate general release agreement for additional consideration. The parties will be not be requesting the Court to approve and/or endorse the general release which will occur outside of the action but wanted to make the Court aware of the general release in the interest of full disclosure to the Court, and at the Court's request, would gladly provide a copy of such release.

The parties further apologize for not submitting this request on November 8 as there was some last minute discussion between counsel that could not be resolved on that date.

Thank you for the Court's time.

Sincerely,

COZEN O'CONNOR

John Ho J.D.

BY: JOHN HO

cc: Daniel Tannenbaum, Esq. via ECF

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 19, 2019